PHILLIP A. TALBERT
Acting United States Attorney
JILL M. THOMAS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>116 Sierra Avenue<br>Hamilton City, California | CASE NO. 2:19-SW-841 AC<br><br>ORDER TO UNSEAL SEARCH WARRANT AND FILE REDACTED COPY OF SEARCH WARRANT AFFIDAVIT |

FILED
Apr 09, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

The government's motion to unseal the search warrant, file a redacted copy of the sealed affidavit on the public docket and to keep all previous filed documents in this case sealed is GRANTED.

Dated: April 9, 2021

HON. CAROLYN K. DELANEY
United States Magistrate Judge